**66** WOONSOCKET RUBBER CO. vs. CIRCUIT JUDGE (Wayne), No. 13604.

To vacate order quashing capias.

Granted October 11, 1893, with costs.

The circuit judge quashed the capias on the ground that the allegations contained in the affidavits could not have been within the knowledge of the affiants, but were evidently upon information and belief, although not so stated.